# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1563
_____

GARY PEARLMAN,

Appellant,

v.

MICHAEL BORGIA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

July 29, 2019

PER CURIAM.

Upon consideration of Appellant's response to the Court's order of June 19, 2019, the Court has determined that the order on appeal is not final and the appeal is premature because the order merely grants a motion and does not contain the requisite words of finality to make it an order entering a final appealable judgment. *See* Fla. R. App. P. 9.110(l); *Hickox v. Taylor*, 933 So. 2d 675 (Fla. 1st DCA 2006). Accordingly, the appeal is dismissed for lack of jurisdiction. Appellant's request for clarification is denied.

LEWIS, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Gary Pearlman, pro se, Appellant.

No appearance for Appellee.